# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAWRENCE FLISSER, P.T.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
WILLIAM D. KEPHART, DISTRICT
JUDGE,
Respondents,
    and
LEWIS EUGENE HAWK, JR.; AND LAS
VEGAS PAIN INSTITUTE AND
MEDICAL CENTER,
Real Parties in Interest.

No. 80475

**FILED**

FEB 0 7 2020


ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying petitioner's motion for summary judgment in a medical malpractice action, as well as the district court's decision to permit real party in interest, Lewis Eugene Hawk, Jr., to amend his complaint.

As a general rule, "judicial economy and sound judicial administration militate against the utilization of mandamus petitions to review orders denying motions to dismiss and motions for summary judgment." *State ex rel. Dep't of Transp. v. Thompson*, 99 Nev. 358, 362, 662 P.2d 1338, 1340 (1983), *as modified by State v. Eighth Judicial Dist. Court*, 118 Nev. 140, 147, 42 P.3d 233, 238 (2002). Although the rule is not absolute, *see Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 122 Nev. 132, 142-43, 127 P.3d 1088, 1096 (2006), petitioner has not established that an eventual appeal does not afford an adequate legal remedy. NRS 34.170.

20-05303

Interlocutory review by extraordinary writ is not warranted in this case. For these reasons, we

ORDER the petition DENIED.

_____Pickering_____, C.J.
Pickering

_____Hardesty_____, J.          _____Cadish_____, J.
Hardesty                        Cadish


cc:    Hon. William D. Kephart, District Judge
       Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
       Thomas E. Crowe
       John H. Cotton & Associates, Ltd.
       Eighth District Court Clerk